IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH LEE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv654-MHT |
| | ) | (WO) |
| SGT. T. MYRICK, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining about his 30-day confinement in a restrictive dorm after he received disciplinary sanctions that did not include confinement in segregation.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that summary judgment should be granted to the defendant.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 21st day of December, 2016.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**